IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGORY RIORDAN,

    Plaintiff,

v.

CITY OF HERMISTON, OREGON;
DETECTIVE LEONARD STOKOE;
and OFFICER PAUL WOLVERTON,

    Defendants.

No. CV 08-693-SU

OPINION & ORDER

**MOSMAN, J.**,

    On May 15, 2009, Magistrate Judge Sullivan issued Findings and Recommendation ("F&R") (#30) in the above-captioned case recommending that defendants' Motion for Summary Judgment (#6) be granted. No objections to the F&R were filed.

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to

PAGE 1 - OPINION & ORDER

review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Sullivan's recommendation, and I ADOPT the F&R (#30) as my own opinion.

IT IS SO ORDERED.

DATED this   12th   day of June, 2009.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION & ORDER